UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-2502 FMO (AFMx) | Date | August 14, 2019 |
|---|---|---|---|
| Title | Sam Kim v. Maximiana Barajas, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By Order dated July 30, 2019, plaintiff was ordered to show cause, on or before August 6, 2019, why defendant Maximiana Barajas ("Barajas"), should not be dismissed for lack of prosecution. (See Dkt. 18, Court's Order of July 30, 2019). The OSC stated that it would stand submitted upon the filing of plaintiff's response, an answer by Barajas, or an application for entry of default. (See id.). On August 5, 2019, plaintiff filed a request for entry of default as to Barajas. (See Dkt. 20). However, on August 7, 2019, the Clerk issued a Notice of Deficiency as to the request for entry of default, (see Dkt.21), noting the deficiencies in plaintiff's request, (see id.), and directing plaintiff to "file a new Request/Application with noted deficiencies corrected in order to have default reconsidered." (Id.). As of the date of this Order, plaintiff has not filed a new request for entry of default as to Barajas. (See, generally, Dkt.).

The court will provide plaintiff one final opportunity to file a request for entry of default with respect to Barajas. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file and serve a request for entry of default as to Barajs no later than **August 19, 2019**.

2. Plaintiff is admonished that failure to file a compliant request for entry of default by the August 19, 2019, deadline shall result in the dismissal, without prejudice, of the subject defendant for lack of prosecution and failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |