JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM KIM, | Case No. CV 19-2502 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MAXIMIANA BARAJAS, et al., | |
| Defendants. | |

    **IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**

Dated this 29th day of January, 2020.

                                               /s/
                                   Fernando M. Olguin
                                 United States District Judge